*E-FILED - 3/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO GOMEZ, ) | No. C 09-5411 RMW (PR) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| CALIFORNIA BOARD OF PRISONS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

The court has dismissed the instant petition for a writ of habeas corpus as untimely. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/2/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Gomez411jud.wpd